## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARSHA COSTANZO,**

CASE NO: **2:18–CV–01803–TLN–AC**

v.

**CELENTANO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/3/2022**

        **Keith Holland**
        Clerk of Court

ENTERED: **March 3, 2022**

by: /s/ A. Coll
        Deputy Clerk